IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


BY THE PLANET, INC.,

    Plaintiff,

v.                                            CASE NO. 1:06-cv-00017-MP-AK

MIKE ERSKINE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, Notice of Settlement, in which the parties indicate that this case has been settled in full.  Accordingly, the hearing scheduled for Tuesday, July 25, 2006, is hereby canceled.  Furthermore, the case is dismissed and the Court will retain jurisdiction for 60 days to ensure that settlement is effected.

    **DONE AND ORDERED** this   *25th* day of July, 2006

                                        *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge